IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

          **Plaintiff,**

  **v.**

**DILLON EVERMAN**

          **Defendant.**

Case No. 21-cr-10068-JWB-03

**SENTENCING MEMORANDUM**

Dustin Strom (using the name "incezt_25) used Grindr to chat with his friend and co-defendant, Dillon Everman. Everman requested a picture of the 8 year old boy to whom Strom had access. Strom complied and sent a picture of the 8 year old in his underwear. Everman responded by asking Strom to pull down the pants of the 8 year old because Everman needed to see the child's "cock." Strom stated he could not because of another adult around and Everman persisted, stating "he's already in his underwear just take a peak." Everman then wanted "full detail" on Strom touching this 8 year old child, but the parties agreed to have that conversation on a different platform.

Everman persistently and aggressively continued in his encouragement of the abuse of children, including the sodomization of a 4 year old child. For example, when Strom messaged "really horny want yung" Everman responded by using the child's real name and stated, "What about [Minor Victim 1]?" Importantly, Everman knew and used Minor Victim 1's real name. Everman continued in his mission to have Strom vicariously sexually assault the preschool aged little boy, telling Strom to "jack off in front of [Minor Victim 1]" "so [Minor Victim 1] can see." When Strom expressed his intent to buy lube to "start with [Minor Victim 1] again" Everman hungrily replied "Hmmm when are you going to." Everman failed to alert authorities or anyone

to intervene and save this child.  Instead, he sent a link of this child's prior sexual abuse that Everman created and, 2 days later, said to Strom "Do anything."

Everman's casual and callous pursuit of the sexual abuse of a preschooler and an 8 year old, while serving up the youngest child as an online offering to his pedophilic counterparts, reveals the danger he poses to children everywhere. For his complicit involvement with Strom, and other similar sexual predators, Everman has earned the full wages of his crime, the statutory maximum of 30 years.

Like the coach of a team, Everman directed and instructed a hands-on offender (Strom) on how to abuse the extremely young child without getting caught.  Although Dillon Everman may not have personally touched children, he was an enthusiastic and persistent guide to the hands on abuser.  He knew that his actions were not just words because he received and saved real-time images of the abuse.  What's more, he created a shareable folder to proliferate and trade these horrific images of child sexual abuse with other like-minded offenders.  Because of Everman's actions, the crime scene photographs of Minor Victim 1's sexual abuse have been released into the world as fodder for defilement, with the child's name attached to the folder (putting a target on that child's back for any offender who takes a fancy).  While law enforcement moved quickly to disable his shared folder, it remains that Everman shared his collection, exponentially increasing the harm and risk to his victim.

Although charged with Dustin Strom, Everman was in discussions with other men who had access to children.  For example, Everman was in contact with someone on Grindr who claimed to reside in Iola and have 2 children and identified his kinks as "incest play, forced and stuff like that" and also said he was into "yung, force, rape, incest."  Everman responded that he likes young too and identified his interest as age "1+."  Think about that for a moment – Everman said he was

sexually interested in children aged 1 and up.  Everman then sent a child sex abuse material, including a man with a toddler.

Everman confirmed his sexual interest in children aged 1+ in a separate conversation on Telegram with someone named "Fuckboy."  Fuckboy asked Everman how young and Everman responded "1+."  Fuckboy responded "Hell yeah . . . Make them take that dick from the start."  Later in the conversation, <u>Everman referred to himself as a "certified pedophile</u>."  Everman then sent numerous anime/cartoon files portraying sexual abuse with minors and then sent a message stating "So many kids are not raped every day."  In this same conversation, Everman stated that wearing basketball shorts while "freeballing" was "perfect for flashing kids."

In another conversation in which Everman sent child sex abuse materials to another person, Everman stated "I have [so] much cp [child porn] I need to upload to mega so I can get it off my phone lmao [laughing my ass off]."  Again, the use of "lmao" in refence to having a significant collection of child sex abuse materials shows his callousness and dangerousness to the community.

Throughout his chats, Everman reiterated that he likes children very young.  He said he likes 0-15 and "preferably in the lower age range."  His chatting partner agreed because when they are so very young, they cannot tell anyone what has happened.

It is plain that defendant Dillon Everman actively sought out other like-minded "certified pedophiles" to satisfy his sexual desire.  What's more, he sought men with access to very young children.  Tragically, he and Dustin Strom connected and shared their interests in the horrific abuse of very young children.  Everman actively encouraged and coached Strom on abusing the children, and then made a file of the photos of the abuse that Strom created to distribute in the world.  For his choices and the effects of his actions, the defendant Dillon Everman should be sentenced to the maximum term of **30 years** followed by **lifetime** supervised release. This is the sentence called for

in the Guidelines, and which is warranted after consideration of the factors under 18 U.S.C. 3553(a).

The nature and circumstances involve the defendant's proliferation of the images of the hands-on abuse of a 4 year old and the encouragement of the abuse of an 8 year old boy. And that was just the boys that Strom had access to. Everman was prolific in his discussions with other offenders. One of the horrific images of abuse shows MV1 – a 4 year old little boy – crying as Dustin Strom's erect penis is angled towards his face. This image was sent to Everman and his response was to save it in a hidden file on his phone, and then create a link on MegaNZ so that this crime scene photograph could be shared with others across the globe in perpetuity.

The egregiousness of the defendant's conduct cannot be overstated. Although he did not actually put his hands on the victims, he was banging his fork on the table as he ordered up his desires. He put much of the abuse in motion and then benefitted from the abuse by obtaining new images to fulfill his sexual desire in young boys aged "1+." Everman seeks sexual gratification from the sexual abuse of very young children, and constantly seeks out like-minded offenders across multiple social media platforms to fulfill that desire. He distributes child sex abuse materials freely and even helped to facility the distribution of new produced material. These actions will haunt the victim for the rest of his life. This type of extreme conduct warrants an extremely long sentence.

In terms of history and characteristics of the defendant, the Court should consider Everman's callousness and aggressive participation across multiple platforms in discussions with men who are interested in viewing the sexual abuse of children. Everman knew Strom was sexually assaulting children and also knew where Strom lived. Indeed, those men communicated on Grindr, meaning Everman knew Strom was close and could have intervened. Instead, he encouraged the abuse and then saved and distributed the documentation of that horrific abuse.

Everman repeatedly stated his sexual interest is "1+." This Court should believe Everman when he calls himself a "certified pedophile" and protect the public from the future crimes of the defendant. Indeed, given his willingness and aggressive participation in chats with men and the receipt of newly produced child pornography, there is strong and ample reason to believe Everman will return to seeking out men with access to children to satisfy his own pedophilic sexual interest, such that he must be deterred by a long and lengthy sentence.

In light of these factors, the Government requests this Court impose a sentence of 30 years followed by a lifetime of supervised release.

It bears noting that the statutory maximum for a single offense is 30 years. In terms of the sentences available under 18 U.S.C. 3553(a)(3), his conduct demands the statutory maximum to "reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense" under 18 U.S.C. 3553(a)(2)(A). As the Court is to consider the Guideline under 18 U.S.C. 3553(a)(4)(A), the Guidelines would call 324-405 months. However, because of the statutory maximum, the plea range becomes 324-360.

## RESTITUTION

The United States requests that any restitution determination and hearing be deferred as allowed by 18 U.S.C. § 3664(d)(5). It should be noted that as part of his plea agreement, the defendant agreed to pay restitution in the full amount of the losses to any party whom the court deems a victim. The U.S. Attorney's Office will provide copies of any restitution request(s) and associated documentation to the court and defense counsel. The government has communicated with a representative of a victim who should be entitled to submit a claim for restitution, and the government will provide its recommendations on restitution amounts in advance of any future hearing.

## CONCLUSION

Everman is a co-defendant in what this Court has already called one of the worst cases it has ever seen. Although Everman was not a hands-on offender like his co-defendants, his conduct is still worthy of a 30 year sentence. Everman actively encouraged the sexual abuse of the 4 year old victim, and because of Everman, the memorialization of that abuse was distributed to others. Everman's actions sentenced Minor Victim 1 to a lifetime of being plagued by the fact that their abuse may be fueling the pedophilic interest of anyone they might meet. Everman has self-identified as a "certified pedophile" with a sexual interest in children aged "1+." Pursuant to the 3553(a) factors, a 30 year sentence is appropriate in this case.

Respectfully submitted,

DUSTON SLINKARD
United States Attorney

*s/ Molly M. Gordon*
MOLLY M. GORDON
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: molly.gordon@usdoj.gov
Ks. S. Ct. No. 23134

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the above Motion was provided this 21st day of November, 2022, to the attorney for the defendant, Paul McCausland.

                                                *s/ Molly M. Gordon*
                                                MOLLY M. GORDON
                                                Assistant United States Attorney